# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN TROUT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIME INC. SEVERANCE PLAN FOR REGULAR EMPLOYEES (AMENDED AND RESTATED EFFECTIVE 14 SEPTEMBER 1, 2017), TIME INC., 15 MEREDITH CORPORATION; and Does 1-5, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 19-660-DMG (GJSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [62]** |

The parties having stipulated, and good cause appearing:

1. The above-captioned action is hereby dismissed with prejudice in its entirety as to all parties and all claims and causes of action.

2. All parties shall bear their own costs and attorney's fees except as the parties have otherwise separately agreed.

DATED: November 5, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.